IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ENTERPRISE TECHNOLOGY
HOLDINGS, INC.,
    Plaintiff,

v.                                      Case No. 3:08mc38/MCR/EMT

NOVEON SYSTEMS, INC.,
    Defendant.
_____/

**O R D E R**

This cause is before the court upon non-party Francis Lopez's Motion to Quash Subpoena (Doc. 1).  Before the court rules on this matter, Plaintiff shall have an opportunity to respond.

Accordingly, it is **ORDERED**:

1.    Plaintiff shall respond to non-party Francis Lopez's motion **on or before 1:00 P.M. (CST), THURSDAY, APRIL 24, 2008**.[1]

2.    The Clerk of Court shall send a copy of this order by facsimile to Timothy P. Dillon, Esq., counsel for Plaintiff, at facsimile number: (858) 587-2587.

**DONE AND ORDERED** this 22nd day of April 2008.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**

---

[1] Although this is a short response time, the deposition is currently set for Monday, April 28, 2008; therefore the court must render its decision by Friday, April 25, 2008.