IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ENTERPRISE TECHNOLOGY
HOLDINGS, INC.,
      Plaintiff,

v.                                    Case No. 3:08mc38/MCR/EMT

NOVEON SYSTEMS, INC.,
      Defendant.
_____/

## O R D E R

      This cause is before the court upon non-party Francis Lopez's Motion to Quash Subpoena (Doc. 1). In response, Plaintiff has filed a Memorandum in Opposition to Motion (Doc. 5), Affidavit in Opposition to Motion (Doc. 6), Response in Opposition to Motion (Doc. 7), and a Notice of Filing Appendix to Memorandum of Law (Doc. 8). For the reasons set forth in Plaintiff's responses and accompanying documentation (Docs. 5, 6, 7), the non-party's motion shall be denied to the extent it seeks to quash the subpoena in its entirety; however, the non-party will be provided with additional time to comply with the demands of the subpoena.

      Accordingly, it is **ORDERED**:

      1.     Non-party Francis Lopez's Motion to Quash Subpoena (Doc. 1) is **GRANTED in part** and **DENIED in part**.

      2.     The motion is **DENIED** to the extent it seeks to quash the subpoena in its entirety.

      3.     The motion is **GRANTED** only to the extent that the non-party shall be given additional time to comply with the subpoena. Therefore, non-party Francis Lopez shall produce the requested documents to Plaintiff on or before **1:00 p.m. (C.S.T.) on THURSDAY, MAY 8, 2008,**

at the following location:[1]

> Wierzbicki & Stephenson Reporting
> 220 West Garden Street, Suite 801
> Pensacola, FL 32502
> (850) 438-0503

Additionally, non-party Francis Lopez shall appear for a deposition at the same location on **FRIDAY, MAY 9, 2008 at 10:00 a.m. (C.S.T.)**.[2]

   4.   The Clerk of Court shall mail a copy of this order to Wierzbicki & Stephenson Reporting, at the address listed above.

   **DONE AND ORDERED** this 25th day of April 2008.


   /s/ *Elizabeth M. Timothy*
   **ELIZABETH M. TIMOTHY**
   **UNITED STATES MAGISTRATE JUDGE**

---

[1]Although the subpoena issued by the U.S. District Court for the Northern District of Florida listed the deposition location as 4660 La Jolla Village Drive, Suite 775, San Diego, CA 92122, the deposition notice that was issued to Francis Lopez listed the deposition address as 220 West Garden Street, Suite 801, Pensacola, FL 32502.

[2]The court has confirmed with the Wierzbicki & Stephenson Court Reporting agency that the dates and times listed in this order are available and convenient.

Case No.: 3:08mc38/MCR/EMT